UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-04258-SVW-JC | Date | January 30, 2017 |
|---|---|---|---|
| Title | Pacific Lock Company v. LockedUp Ltd. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Paul M. Cruz | Deborah Gackle | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:

James E. Doroshow

Attorneys Present for Defendants:

Duane H. Mathiowetz
Rick C. Chang

**Proceedings:** NEW CASE STATUS CONFERENCE
[33] Motion for Summary Judgment filed by Defendants Jerod Klink, LockedUp Ltd

      Hearing held. After considering the briefs of the parties and the arguments raised at the oral hearing, the Court denies the Defendants' Motion for Summary Judgment. Dkt. 33. The Court finds that the Motion presents genuine disputes of fact regarding the exclusivity clause in the oral agreement that must be decided by the fact finder and that the Statute of Frauds does not apply because of the Plaintiff's justifiable reliance on the oral agreement. However, the Court orders further briefing regarding the email exchange identified by the Court at the oral hearing and whether that agreement constitutes a new contract or novation and precludes the Plaintiff's action for breach of contract. The Defendants will submit a subsequent Motion for Summary Judgment on that issue.

      The Court sets the following schedule:

Filing of Motion for Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 13, 2017
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 28, 2017
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 7, 2017

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 20, 2017 at 1:30 p.m.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | | PMC |