1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LOCK COMPANY, *a California Corporation*<br><br>Plaintiff,<br><br>v.<br><br>LOCKEDUP LTD., *a foreign limited liability corporation;* JEROD KLINK, *an individual;* and DOES 1-10,<br><br>Defendants. | Civil Action No. 2:16-cv-04258-SVW-JC<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>JS-6 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the stipulation of the parties to the action, the Court hereby orders the dismissal with prejudice of the action against Defendants.  Each party shall bear their own attorneys' fees, expenses, and costs.

IT IS SO ORDERED.

DATED: March 17, 2017            _____

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER